**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS S. LIN, ET AL.** <br> Plaintiffs, <br> v. <br> **SHELLPOINT MORTGAGE SERVICING, ET AL.,** <br> Defendants. | Case No. CV 18-1153-DMG (JPRx) <br><br> **JUDGMENT** |

On May 24, 2018, this Court having granted Defendant's motion to dismiss with prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants Shellpoint Mortgage Servicing; and The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate-Holders of CWALT, Inc., Alternative Loan Trust 2005-38 and against Plaintiffs Thomas S. Lin and Lily W. Lin, and that this action is dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: May 24, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE